IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:11-cv-00253 |
| 1ST TRUST TITLE, INC.; ) | JUDGE SHARP |
| D. MARK LINEBERRY; ) | MAGISTRATE JUDGE BROWN |
| L. KEITH WORSHAM, ) ) | |
| Defendants. ) | |

___

## MOTION TO FILE AFFIDAVIT UNDER SEAL
___

Pursuant to Local Administrative Practices and Procedures for Electronic Filing Rule 5.07, Plaintiff Fidelity National Title Insurance Company ("FNTIC") moves for leave to file under seal, the Agreed Order Granting Motion for Writ of Attachment and Preliminary Injunction Freezing Real Property Assets of Defendant, D. Mark Lineberry on the grounds stated in the Memorandum accompanying this Motion, the Memorandum also being filed under seal.

This motion is accompanied by Plaintiff's Memorandum in Support and the Agreed Order, both of which are filed herewith, under the "Sealed Document" event option in the Court's ECF system.

Dated: January 19, 2012        Respectfully Submitted,


                               Fidelity National Title Insurance Company,

                               /s/ Edward D. Russell
                               Edward D. Russell

TN59729.1
207866-10152